USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/2015

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN OLAGUES,<br><br>        Plaintiff,<br><br>    -v-<br><br>CARL C. ICAHN, HIGH RIVER LIMITED PARTNERSHIP, ICAHN PARTNERS LP, ICAHN PARTNERS MASTER FUND LP, ICAHN PARTNERS MASTER FUND II LP, ICAHN PARTNERS MASTER FUND III LP and HOLOGIC INC.,<br><br>        Defendants. | Case No.: 1:15-cv-02476-GHW<br><br>ECF Case<br><br>Notice of Dismissal |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses Defendant Hologic Inc. from this action without prejudice. Defendant Hologic Inc. has neither served an answer nor a motion for summary judgment.

The Clerk of Court is directed to remove defendant Hologic Inc. from the caption of this case.

John Olagues,

By his attorneys,

*/s/ Jack G. Fruchter*

Jack G. Fruchter
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: 212.279.5050
Fax: 212.279.3655
jfruchter@aftlaw.com

SO ORDERED:

*/s/ Gregory H. Woods*
Hon. Gregory H. Woods
U.S.D.J.

Dated: May 6, 2015
New York, New York