

October 7, 2015

Via ECF

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*Re: John Olagues v. Carl C. Icahn at al.*, Case Nos. 15-CV-00898; 15-CV-02476; 15-CV-02478

Dear Judge Woods,

    I am writing on behalf of John Olagues, Plaintiff in the above-referenced matters. A status conference in these actions is currently scheduled for next Wednesday, October 14, 2015 at 4:00 pm.

    As it currently stands, there is a motion to dismiss the operative complaint pending in each action, all of which motions have been fully briefed. There are no other pending deadlines, and discovery has not yet commenced. Given the dispositive nature of the motions and in order to conserve resources for the Court and all involved, I respectfully request that the status conference be adjourned until after the resolution of such motions. I have conferred with counsel for Defendants in these matters, Mr. Herbert Beigel, and he consents to this request.

                                                Respectfully submitted,

                                                /s/ Cassandra Porsch

                                                Cassandra Porsch

cc: All parties via ECF

NEW YORK   tel: 212.279.5050   fax: 212.279.3655    CALIFORNIA   tel: 858.764.2580   fax: 858.764.2582    aftlaw.com
One Penn Plaza, Suite 2805, New York, NY 10119     11622 El Camino Real, Suite 100, San Diego, CA 92130
