# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JOHN OLAGUES,
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

CARL C. ICAHN, HIGH RIVER LIMITED PARTNERSHIP, ICAHN PARTNERS LP, ICAHN PARTNERS MASTER FUND LP, ICAHN PARTNERS MASTER FUND II LP, and ICAHN PARTNERS MASTER FUND III LP,

(List the full name(s) of the defendant(s)/respondent(s).)

15 CV 0898 (GHW)
15 CV 2476 (GHW)
15 CV 2478 (GHW)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: John Olagues

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☑ judgment ☐ order entered on: March 24, 2016
(date that judgment or order was entered on docket)

that: granted Defendants' motions to dismiss with prejudice. (A copy of the judgment is attached hereto as Exhibit A).

(If the appeal is from an order, provide a brief description above of the decision in the order.)

April 22, 2016
Dated

Signature

Cassandra Porsch     Counsel to John Olagues
Name (Last, First, MI)

Abraham, Fruchter & Twersky, LLP One Penn Plaza, Suite 2805, New York NY 10119
Address     City     State     Zip Code

(212) 279-5050     cporsch@aftlaw.com
Telephone Number     E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13